■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v GERALD DELANEY, Respondent. — Appeal by the People from an order of the Supreme Court, Kings County, dated November 19, 1979, which granted defendant's motion to dismiss his indictment, in the interest of justice. Order affirmed. A promise of leniency was made to the defendant by law enforcement officials to gain his co-operation in a pending unrelated criminal investigation. Accordingly, defendant performed valuable services which exposed him to great danger. Under these circumstances, the dismissal of the indictment

was an appropriate exercise of the trial court's discretion (see *People v Argentine,* 71 AD2d 869). Although the agreed services were not completely performed, the failure to adequately protect the defendant from the threats of the target of the investigation excused further performance. The failure to enforce the District Attorney's promise would do substantial injustice, not only to the defendant but to the public which is entitled to have the benefit of future co-operation (see *Matter of Chaipis v State Liq. Auth.,* 44 NY2d 57, 65). Gibbons, J. P., Rabin, Gulotta and Margett, JJ., concur.